Opinion issued July 28, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00603-CV

———————————

SONYA
MONTGOMERY AKA SONYA ANDERSON, Appellant

V.

ADESA
TEXAS AKA ADESA HOUSTON, Appellee



 



 

On Appeal from the 55th District Court 

Harris County, Texas



Trial Court Cause No. 2009-56416

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.